**IN the INTEREST OF D.F., a Minor**

**Petition of: S.S., Natural Mother**

No. 274 WAL 2017

Supreme Court of Pennsylvania.

August 22, 2017

## ORDER

PER CURIAM

AND NOW, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.